# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Kelly L. Stephens                POTTER STEWART U.S. COURTHOUSE                Tel. (513) 564-7000
Clerk                          CINCINNATI, OHIO 45202-3988                www.ca6.uscourts.gov

Filed:  December 26, 2025

Ms. Samantha Hallman
721 South Gainsborough Avenue
Royal Oak, MI 48067

    Re:  Case No. 25-2166
         *Samantha Hallman v. Travis Reeds, et al*
         Originating Case No. 2:25-cv-10939

Dear Madam,

    This appeal has been docketed as case number **25-2166** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

    As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

    Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following case opening items are due by **January 26, 2026**.  The Disclosure of Corporate Affiliations is now an automated entry.  Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

Appellee:        Appearance of Counsel
                 Disclosure of Corporate Affiliation
                 Application for Admission to 6th Circuit Bar (if applicable)

    The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Ryan
Direct Dial No. 513-564-7079

cc: Mr. John R. Fleming

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-2166**

SAMANTHA HALLMAN

        Plaintiff - Appellant

v.

TRAVIS REEDS, in his official capacity as Chief Judge of Michigans 52nd District Court; LISA L. ASADOORIAN, in her official capacity as a judge of the third division of Michigans 52nd District Court; JEFFERY S. MATIS, in his official capacity as Chief Judge of Michigans Sixth Circuit Court

        Defendants - Appellees