UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Samantha Hallman

      Plaintiff(s),      Case No. 2:25-cv-10939

v.

Hon. TRAVIS REEDS, Hon. LISA L. ASADOORIAN, and Hon. JEFFERY S. MATIS

    Defendant(s).
_____/

## **NOTICE OF APPEAL**

Notice is hereby given that  Plaintiff Samantha Hallman  appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment  ☐ Order

☐ Other: _____

entered in this action on  October 28, 2025 .

Date: December 22, 2025      Samantha Hallman

Counsel is: PRO SE
                721 S. Gainsborough Ave.
                Royal Oak, MI 48067
                samanthakhallman@gmail.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.