# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 26, 2025

Ms. Samantha Hallman
721 South Gainsborough Avenue
Royal Oak, MI 48067

    Re: Case No. 25-2166
        *Samantha Hallman v. Travis Reeds, et al*
        Originating Case No. 2:25-cv-10939

Dear Ms. Hallman,

  Your notice of appeal was received in the district court without your signature. Please sign and return *to this Court* the enclosed copy of your notice of appeal. The deadline for returning this document to the above address is **January 9, 2026.**

  Failure to comply may result in the dismissal of this appeal without further notice.

                Sincerely yours,

                s/Kelly Stephens

                Appeal Case Manager: Ryan
                Direct Dial No. 513-564-7079

cc: Mr. John R. Fleming

Enclosure