UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-2166**

Case Title: **Samantha Hallman** vs. **Travis Reeds, et al**

List all clients you represent in this appeal:

**Travis Reeds;
Lisa L. Asadoorian;
Jeffery S. Matis**

☐ Appellant         ☐ Petitioner        ☐ Amicus Curiae      ☐ Criminal Justice Act
☒ Appellee          ☐ Respondent        ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **William H. Horton**         Signature: s/ **William H. Horton**

Firm Name: **Giarmarco, Mullins & Horton, P.C.**

Business Address: **101 West Big Beaver Road, Tenth Floor**

City/State/Zip: **Troy, Michigan 48084**

Telephone Number (Area Code): **(248) 457-7000**

Email Address: **bhorton@gmhlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---