UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-2166**

Case Title: **Samantha Hallman** vs. **Travis Reeds, et al.**

List all clients you represent in this appeal:

**Travis Reeds;**
**Lisa L. Asadoorian;**
**Jeffery S. Matis**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **John R. Fleming**    Signature: s/ **John R. Fleming**

Firm Name: **Giarmarco, Mullins & Horton, P.C.**

Business Address: **101 W. Big Beaver Road, Tenth Floor**

City/State/Zip: **Troy, MI 48084**

Telephone Number (Area Code): **(248) 457-7000**

Email Address: **jfleming@gmhlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---