IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

<table>
<tr><td>

**SAMANTHA HALLMAN,**

           *Appellant,*

v.

**TRAVIS REEDS,** *et al.,*

           *Appellees.*

</td><td>

Case No.: 25-2166

</td></tr>
</table>

### APPELLANT HALLMAN'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Appellant Samantha Hallman respectfully moves for a 30-day extension of time to file her brief.

Ms. Hallman was represented by the ACLU of Michigan in the trial court, but has hired a new attorney to represent her on appeal. An extension of this deadline—from March 9 to April 8—would provide new counsel adequate time to review the record and relevant authorities, would accommodate other business and travel already planned and booked for the period in which this case is now scheduled to be briefed, and would allow counsel an opportunity to review and discuss possibilities for a negotiated resolution of the matter.

Ms. Hallman therefore requests a 30-day extension of time in which to submit her brief, as well as a concomitant extension of the deadlines for Appellees' brief (to May 8) and for her reply brief (to May 29).

Ms. Hallman has consulted with counsel for Appellees, and they do not oppose this request.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Appellant Samantha Hallman*

### CERTIFICATE OF SERVICE

I certify that on February 3, 2026, this document was served on opposing counsel as

provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Appellant Samantha Hallman*