UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-2166**

Case Title: **Samantha Hallman** vs. **Travis Reeds, et al.,**

List all clients you represent in this appeal:

**GRAND TRAVERSE-LEELANAU-ANTRIM BAR ASSOCIATION**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Lawrence R. LaSusa**      Signature: s/ **llasusa**

Firm Name: **LaSusa Law Offices, PLC**

Business Address: **4335 E. Timberwood Dr.**

City/State/Zip: **Traverse City, MI 49686**

Telephone Number (Area Code): **(231) 392-9616**

Email Address: **llasusa@lasusalaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17