**No. 25-2166**

**In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

SAMANTHA HALLMAN,

    *Plaintiff-Appellant*,

TRAVIS REEDS, *et al*.,

    *Defendants-Appellees*.

**On Appeal from the United States District Court
for the Eastern District of Michigan, Southern Division
Case No. 25-10939- Honorable Brandy R. McMillion**

_____

**APPELLEES' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME**

_____

William H. Horton (P31567)
GIARMARCO, MULLINS & HORTON, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084-5280
(248) 457-7000

*Attorneys for Defendants/Appellees*

1

Appellees Travis Reeds, Lisa L. Asadoorian, and Jeffery S. Matis respectfully move for an extension of time to file their brief.

An extension of this deadline – from May 8, 2026 to June 12, 2026 – would accommodate other business and travel already planned and booked for the period in which this case is now scheduled to be briefed and would allow counsel an opportunity to review and discuss possibilities for a negotiated resolution of this matter.  In addition, Appellees request that Appellant's date to file her reply be extended to July 15, 2026.

Appellant concurs in this request.

**GIARMARCO, MULLINS & HORTON, P.C.**

By: /s/ William H. Horton
      **WILLIAM H. HORTON** (P31567)
      Attorney for Defendants/Appellees
      101 West Big Beaver Road, Tenth Floor
      Troy, Michigan 48084-5280
      (248) 457-7000
      bhorton@gmhlaw.com

Date: April 22, 2026

## LOCAL RULE CERTIFICATION

I, William H. Horton, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch

(for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3).

/s/ William H. Horton
WILLIAM H. HORTON (P31567)

## CERTIFICATE OF SERVICE

On April 22, 2026, I certify that I electronically filed this document with the Clerk of the Court through the ECF System, which will send notice of such electronic filing to all counsel of record registered electronically

/s/ William H. Horton
WILLIAM H. HORTON (P31567)
Attorney for Defendants/Appellees
bhorton@gmhlaw.com

3