UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-2166**

Case Title: **Samantha Hallman** vs. **Travis Reeds, et al.**

List all clients you represent in this appeal:

**Samantha Hallman**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor         (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

**Bardwell**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Andrew Geronimo**    Signature: s/ **Andrew Geronimo**

Firm Name: **Dr. Frank Stanton First Amendment Clinic, Case Western Reserve University Schoo**

Business Address: **11075 East Blvd.**

City/State/Zip: **Cleveland, Ohio 44106**

Telephone Number (Area Code): **216-368-2766**

Email Address: **andrew.geronimo@case.edu**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17