**No. 25-2166**

**In the**
**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

SAMANTHA HALLMAN,

*Plaintiff-Appellant*,

v.

TRAVIS REEDS, *et al*.,

*Defendants-Appellees*.

**On Appeal from the United States District Court**
**for the Eastern District of Michigan, Southern Division**
**Case No. 25-10939- Honorable Brandy R. McMillion**

# APPELLEES' MOTION TO ADJUST ARGUMENT DATE BY ONE DAY

William H. Horton (P31567)
GIARMARCO, MULLINS & HORTON, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084-5280
(248) 457-7000

*Attorneys for Defendants/Appellees*

Appellees Travis Reeds, Lisa L. Asadoorian, and Jeffery S. Matis respectfully request the Court to move the oral argument date from October 22, 2026 to October 21, 2026. Counsel for Appellees has paid for and intends to attend the American College of Trial Lawyers annual meeting in New York City from October 22 to October 25, 2026. These dates were not known when the Court issued its briefing letter on January 27, 2026. Counsel for both parties are available on October 21.

**GIARMARCO, MULLINS & HORTON, P.C.**

By: /s/ William H. Horton
**WILLIAM H. HORTON** (P31567)
Attorney for Defendants/Appellees
101 West Big Beaver Road, Tenth Floor
Troy, Michigan 48084-5280
(248) 457-7000
bhorton@gmhlaw.com

Date: August 25, 2026

## LOCAL RULE CERTIFICATION

I, William H. Horton, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

/s/ William H. Horton
WILLIAM H. HORTON (P31567)

**CERTIFICATE OF SERVICE**

On August 25, 2026, I certify that I electronically filed this document with the Clerk of the Court through the ECF System, which will send notice of such electronic filing to all counsel of record registered electronically.

/s/ William H. Horton
WILLIAM H. HORTON (P31567)
Attorney for Defendants/Appellees
bhorton@gmhlaw.com