Case No. 25-2166

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

SAMANTHA HALLMAN

Plaintiff - Appellant

v.

TRAVIS REEDS, in his official capacity as Chief Judge of Michigans 52nd District Court; LISA L. ASADOORIAN, in her official capacity as a judge of the third division of Michigans 52nd District Court; JEFFERY S. MATIS, in his official capacity as Chief Judge of Michigans Sixth Circuit Court

Defendants - Appellees

Upon consideration of the appellees' motion to continue oral argument, currently scheduled for 9:00 a.m. (Eastern Time) on October 22, 2026,

It is **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that oral argument will be rescheduled for 10:00am (Eastern Time) on October 21, 2026.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: August 31, 2026