**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 09, 2026

Ms. Sara Elizabeth Coulter
Case Western Reserve University School of Law
Dr. Frank Stanton First Amendment Clinic
11075 East Boulevard
Room 222
Cleveland, OH 44106

Mr. William H. Horton
Giarmarco, Mullins & Horton
101 W. Big Beaver Road
Tenth Floor, Columbia Center
Troy, MI 48084

Re: Case No. 25-2166*, Samantha Hallman v. Travis Reeds, et al*
Originating Case No.: 2:25-cv-10939
Time Change of Oral Argument -- Wednesday, October 21, 2026

Dear Counsel,

The time for oral argument set for the above case has been changed. Please report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, in Cincinnati, Ohio on Wednesday, October 21, 2026 no later than 10:00 a.m. Court will convene promptly at 10:30 a.m.

Sincerely yours,

s/Angela L. Ferguson
Calendar Deputy

cc: Mr. John R. Fleming
Mr. Andrew Casey Geronimo
Mr. Lawrence R. Lasusa