IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

Samantha Hallman
*Plaintiff-Appellant,*

v. **CASE NO. 25-2166**

Travis Reeds, et al.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court for the Eastern District of Michigan, Case No. 2:25-cv-10939

---

# MOTION OF APPELLANT TO ALLOW ORAL ARGUMENT BY LAW STUDENTS PURSUANT TO SIXTH CIRCUIT RULE 46(D)(3)

---

Respectfully submitted,

*/s/ Sara Coulter*
Sara Coulter (#0096793)
*First Amendment Fellow*
sara.coulter@case.edu

*/s/ Andrew Geronimo*
Andrew Geronimo (#0086630)
*Director & Supervising Attorney*
andrew.geronimo@case.edu

DR. FRANK STANTON FIRST AMENDMENT CLINIC
MILTON AND CHARLOTTE KRAMER LAW CLINIC
CASE WESTERN RESERVE UNIVERSITY SCHOOL OF LAW
11075 East Blvd.
Cleveland, Ohio 44106
P: (216)-368-6855 F: (216)-368-2086
*Attorneys for Appellant Samantha Hallman*

Appellant Samantha Hallman requests this Court's leave for oral argument in this case to be presented by law student Sophia Miller and states as follows:

1. Appellant has consented to legal representation by law students pursuant to 6 Cir. R. 46(d)(3). Appellant's written consent is attached to this motion as Exhibit 1.

2. Sophia Miller is a student in the Case Western Reserve University School of Law's Dr. Frank Stanton First Amendment Clinic under the supervision of Andrew Geronimo, Director of the Clinic (Ohio Bar No. 0086630), and Sara Coulter, Senior Fellow in the Clinic (Ohio Bar No. 0096793). Ms. Miller is thoroughly familiar with the record on appeal and the legal arguments presented in Appellant's briefs.

3. Sophia Miller meets all the requirements of 6 Cir. R. 46(d) to provide legal assistance to indigent parties appearing before this Court. Certification of her qualification was filed contemporaneously with this motion.

4. As counsel of record, Mr. Geronimo will file an oral argument acknowledgement on Appellant's behalf. Should the Court grant leave for

Sophia Miller to present the oral argument, Mr. Geronimo will appear for argument and will introduce Ms. Miller to the Court at the beginning of the oral argument.

5. Mr. Geronimo and Ms. Coulter assume professional responsibility for the work the law students have done on this case and will directly supervise preparation for the oral argument in this appeal. Mr. Geronimo is prepared to supplement any statements made by Sophia Miller at oral argument at the Court's request.

Respectfully submitted,

*/s/ Sara Coulter*
Sara Coulter (#0096793)
*First Amendment Fellow*
sara.coulter@case.edu

*/s/ Andrew Geronimo*
Andrew Geronimo
(#0086630)
*Director & Supervising Attorney*
andrew.geronimo@case.edu

DR. FRANK STANTON FIRST
AMENDMENT CLINIC
MILTON AND CHARLOTTE KRAMER
LAW CLINIC
CASE WESTERN RESERVE UNIVERSITY
SCHOOL OF LAW
11075 East Blvd.
Cleveland, Ohio 44106
P: (216)-368-6855 F: (216)-368-2086
*Attorneys for Appellant Samantha Hallman*

## Statement of Supervising Attorneys

I, Andrew Geronimo, am an attorney of record for Plaintiff-Appellant in the above-captioned appeal. Sophia Miller is under my supervision as a student in the Dr. Frank Stanton First Amendment Clinic at Case Western Reserve University School of Law. I hereby consent to Sophia Miller's appearance on behalf of Plaintiff-Appellant under my direct supervision for purposes of this case.

Date: 9/9/26

Andrew Geronimo
Director, Dr. Frank Stanton First Amendment Clinic
Case Western Reserve University School of Law

I, Sara Coulter, am an attorney of record for Plaintiff-Appellant in the above-captioned appeal. Sophia Miller is under my supervision as a student in the Dr. Frank Stanton First Amendment Clinic at Case Western Reserve University School of Law. I hereby consent to Sophia Miller's appearance on behalf of Plaintiff-Appellant under my direct supervision for purposes of this case.

Date: 9/9/26

Sara Coulter
Senior Fellow, Dr. Frank Stanton First Amendment Clinic
Case Western Reserve University School of Law

**Statement of Law Student**

I, Sophia Miller, hereby certify that I have read and am familiar with the Ohio Rules of Professional Conduct, which govern the jurisdiction in which my law school is located. I further state that I have not, and will not, ask for or receive compensation of any kind for my services provided in this case. My Legal Intern Certificate, showing my compliance with the Supreme Court Rules for the Government of the Bar, is attached as Exhibit 2.

Date: 9/9/2026

/s/ Sophia Miller
Sophia Miller
Certified Legal Intern

**Certificate of Service**

The undersigned certifies that on September 9, 2026, I submitted this *Motion of Appellants to Allow Oral Argument by Law Students Pursuant to Sixth Circuit Rule 46(d)(3)* to the Court via the Court's ECF filing system, and it will be served on all counsel via ECF.

/s/ Andrw Geronimo
Andrew Geronimo (#0086630)
*Attorney for Appellant Samantha Hallman*

SCHOOL OF LAW
CASE WESTERN RESERVE UNIVERSITY

**Milton and Charlotte Kramer Law Clinic Center**

Case Western Reserve University
School of Law
11075 East Boulevard
Cleveland, Ohio 44106

Phone 216-368-2766
Fax 216-368-5137

## CONSENT TO REPRESENTATION BY LEGAL INTERN

I, Samantha Hallman, a person who qualifies for assistance by the Kramer Law Clinic (the "Law Clinic"), consent to being represented by Sophia Miller, a Legal Intern certified by the Supreme Court of Ohio to practice law in the courts of Ohio under the supervision of a licensed attorney, in the Matter described in the Representation Agreement between the Law Clinic and me, signed on this same date.

[signature]
Signature of Client

8/31/26
Date

## LICENSED ATTORNEY'S AGREEMENT TO SUPERVISE LEGAL INTERN

I, Andrew Geronimo and Sara Coulter, an attorney licensed by the Supreme Court of Ohio, agree to supervise Sophia Miller in representing the client whose signature appears above, in the Matter described above.

[signature]
Signature of Attorney

8/31/2026
Date

**EXHIBIT 1**

EXHIBIT
2

## Printable Legal Intern Certificate

**Important: This is your official Legal Intern Certificate. Please keep for your records.**

**Please print and cut along the outside of the entire image. Fold between the front and back of the card.**

**LEGAL INTERN CERTIFICATE**

Sophia Gabrielle Miller

The above law student, having complied with the Supreme Court Rules for the Government of the Bar, is designated a LEGAL INTERN and is authorized to appear and practice in any of the courts of record in Ohio to the extent authorized by rule.

Issued by the Bar Admissions Section on 8/31/2026

THE SUPREME COURT *of* OHIO
Bar Admissions Section

**65 South Front Street, Columbus, Ohio 43215-3431**
**614.387.9340 ■ Fax 614.387.9349**
**BarAdmissions@sc.ohio.gov ■ SupremeCourt.ohio.gov**

This card expires in accordance with the Rules for the Government of the Bar.