Case No. 25-2166

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

SAMANTHA HALLMAN

Plaintiff - Appellant

v.

TRAVIS REEDS, in his official capacity as Chief Judge of Michigans 52nd District Court; LISA L. ASADOORIAN, in her official capacity as a judge of the third division of Michigans 52nd District Court; JEFFERY S. MATIS, in his official capacity as Chief Judge of Michigans Sixth Circuit Court

Defendants - Appellees

Upon consideration of the appellant's motion requesting leave for a Law Student to appear at Oral Argument,

It is **ORDERED** that the motion is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: September 10, 2026