# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 25-2166

2. Case Caption (Short Title): Samantha Hallman v. Travis Reeds, et al

3. Argument is scheduled for *(time)* 10:30 am on *(day, date)* October 21, 2026 and will be held:

☑ Live (In Person) ☐ by Video ☐ by Telephone

4. I, Sophia Miller, a law student supervised by Andrew Geronimo, will be presenting argument on behalf of:

☑ Appellant / Petitioner ☐ Amicus Curiae ☐ Other (please specify below): ____________

☐ Appellee / Respondent ☐ Intervenor

If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: ____________

5. Party Name(s): Samantha Hallman

6. Minutes reserved for rebuttal (appellant / petitioner only): 3 (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

A. Number of attorneys sharing time: _____

B. Total number of minutes (in whole minutes only) to be shared: _____

C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*